█ CYNTHIA POWELL, as Administrator of the Estate of JOHN DANIEL PAULEY, Deceased, et al., Respondents, v A & L, INC., et al., Respondents, and CENTRAL LOCATING SERVICE, LTD., Appellant. [852 NYS2d 876]—

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.

█ RICHARD F. LANDOW, Respondent, v TOWN OF AMHERST, Appellant. (Appeal No. 1.) [852 NYS2d 876]—

It is hereby ordered that said appeal is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]). Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.